# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00588-CV

### In re the State of Texas, ex rel. Wesley Mau

### ORIGINAL PROCEEDING FROM HAYS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator, the State of Texas, through its representative Wesley Mau, Criminal District Attorney of Hays County, seeks a writ of mandamus against respondent, the Honorable David Glickler, Judge of the County Court at law No. 2 of Hays County. Relator requests that we order respondent to (1) vacate his order deferring adjudication of the real party in interest, (2) enter judgment on the jury verdict of guilty, and (3) impanel a jury to assess punishment. Having reviewed the petition, the response of the real party in interest, relator's reply, and the record, we conclude that relator has not demonstrated that he is entitled to relief. Therefore, we deny the mandamus petition. *See* Tex. R. App. P. 52.8.

_____

Cindy Olson Bourland, Justice

Before Justices Puryear, Field, and Bourland

Filed:  December 1, 2017